UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**EDDIE NATHANIEL LUCKETT, Jr.,**

    Plaintiff,

    -vs-                                                Case No. 16-C-467

**PROSHRED SECURITY and
JOHN SALAMONE,**

    Defendants.

---

## DECISION AND ORDER

Eddie Nathaniel Luckett, Jr., requests leave to proceed in forma pauperis. Luckett's financial affidavit reveals that he is unable to pay the filing fee to commence this lawsuit. 28 U.S.C. § 1915(a)(1). As for the allegations, Luckett complains that he was wrongfully fired, and he attaches and references an EEOC complaint. Therefore, even though Luckett doesn't explicitly say that he was fired because of a protected characteristic, the Court can infer that Luckett states actionable claims for relief under Title VII and 42 U.S.C. § 1981. *See* 28 U.S.C. § 1915(e)(2).

Accordingly, **IT IS HEREBY ORDERED THAT** Luckett's motion [ECF No. 2] is **GRANTED**. The United States Marshals Service shall serve a copy of the complaint, the summons, and this order upon the defendants in these cases. The plaintiff is advised that Congress requires the Marshals

Service to charge for making or attempting to make such service. 28 U.S.C. § 1921(b). Current fees are listed at 28 C.F.R. § 0.114(a).

Dated at Milwaukee, Wisconsin, this 21st day of April, 2016.

SO ORDERED:

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**